IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-154-7H

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )
     v.                        )
                               )                    **ORDER**
                               )
JENNIFER COLORADO WELLS,        )
                               )
     Defendant.                )
                               )


     This matter is before the court on defendant's motion [DE #394] asking this court to modify defendant's reporting date and location to begin serving her sentence.  The undersigned allowed defendant to self-report to the BOP facility designated by the BOP.  It appears defendant has been designated to Alderson, West Virginia, and notified by the US Marshal Service to report on May 20, 2019.  The court notes defense counsel did not attach a copy of the notification to this motion.  Defendant claims she is unable to obtain transportation to Alderson and would like a reporting site closer to her home.  She then specifically requests a facility in the State of Florida.

     Under the circumstances, this court will not recommend placement at a specific BOP facility.  Further, the only record of

defendant's current address before the court is the address contained in the Presentence Report. Based on that address, the BOP facility at Alderson, WV is over 100 miles closer to her home than any of the BOP facilities in Florida.

Defendant's motion to modify is DENIED. If defendant is unable to comply with the order to self-report, defense counsel should notify the Marshal Service.

This ___7___ day of May 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26